1  *ROMAN OTKUPMAN, CA Bar No. 249423*
   *roman@olfla.com*
2  OTKUPMAN LAW FIRM,
   A LAW CORPORATION
3  5950 Canoga Ave., Suite 550
   Woodland Hills, CA 91367
4  Telephone:  818.293.5623
   Facsimile:   888.850.1310
5
   Attorneys for Plaintiff Pakiza A. Ali
6
   *KELSEY E. PAPST, CA Bar No. 270547*
7  *kpapst@littler.com*
   LITTLER MENDELSON, P.C.
8  500 Capitol Mall, Suite 2000
   Sacramento, CA 95814
9  Telephone: 916.830.7200
   Facsimile: 916.561.0828
10
   Attorneys for Defendant Rainbow USA, Inc.
11

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| PAKIZA A. ALI, on behalf of herself and all others similarly situated, and on behalf of the general public, | Case No. 2:15-CV-00418-JAM-CKD |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A MOTION TO REMAND CASE TO STATE COURT** |
| vs. | Case Removed: February 26, 2015<br>Trial Date: None Set<br>Judge: Hon. John A. Mendez<br>_ _____ |
| RAINBOW USA INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK RAINBOW USA INC., AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

Firmwide:132351115.1 083749.1001                                   Case No. 2:15-CV-00418-JAM-CKD

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION TO REMAND

19489010_1.DOCX

Plaintiff PAKIZA A. ALI ("Plaintiff") and Defendant RAINBOW USA INC. ("Defendant") hereby stipulate and agree that Plaintiff's deadline to file a motion to remand the instant case on the basis of any defect other than lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c) be extended by 30 days as follows:

WHEREAS, on or around February 24, 2015, Defendant removed the instant action to District Court;

WHEREAS, Plaintiff intends to file a Motion to Remand this case to State Court;

WHEREAS, the deadline to file a Motion to Remand is March 25, 2015;

WHEREAS, Defendant intends to oppose Plaintiff's Motion to Remand;

WHEREAS, the Parties are currently discussing settlement of the entire case but need additional time to schedule a private mediation and to conduct certain limited, informal discovery in conjunction with that mediation; and

WHEREAS, in order to save both parties on costs and fees in filing and opposing the Plaintiff's Motion to Remand, the parties need more time to assess the settlement of the entire case.

THEREFORE, the Parties to the above-captioned matter hereby stipulate and agree as follows:

1. Plaintiff's deadline to file her Motion to Remand to be extended by thirty (30) days.
2. The new deadline for Plaintiff to file her Motion to Remand will be April 24, 2015.

1  IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED:  March 17, 2015

By: /s/ *Roman Otkupman*
    Roman Otkupman
    Attorney for Plaintiff Pakiza A. Ali

DATED:  March 17, 2015          LITTLER MENDELSON, P.C.

By: /s/ *Kelsey E. Papst*
    Kelsey E. Papst
    Attorneys for Defendant
    Rainbow USA Inc.

**ORDER**

Good cause appearing, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's deadline to file her Motion to Remand to be extended by thirty (30) days.
2. The new deadline for Plaintiff to file her Motion to Remand will be April 24, 2015.

DATED:  March 18, 2015                /s/ John A. Mendez
                                       The Hon. John A. Mendez