*ROMAN OTKUPMAN, CA Bar No. 249423*
*roman@olfla.com*
OTKUPMAN LAW FIRM,
A LAW CORPORATION
5950 Canoga Ave., Suite 550
Woodland Hills, CA 91367
Telephone:   818.293.5623
Facsimile:    888.850.1310

Attorneys for Plaintiff Pakiza A. Ali

*ROBERT G. HULTENG, CA Bar No. 071293*
rhulteng@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

*KELSEY E. PAPST*, CA *Bar No. 270547*
kpapst@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant Rainbow USA, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAKIZA A. ALI, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>          Plaintiff,<br><br>     vs.<br><br>RAINBOW USA INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS NEW YORK RAINBOW USA INC., AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>          Defendants. | Case No. 2:15-CV-00418-JAM-CKD<br><br>**JOINT STIPULATION AND ORDER TO REMAND REMOVED ACTION**<br><br>Case Removed:  February 26, 2015<br>Trial Date:        None Set<br>Judge:              Hon. John A. Mendez<br>_ _____ |

Plaintiff PAKIZA A. ALI ("Plaintiff") and Defendant RAINBOW USA INC. ("Defendant") hereby stipulate and agree that the instant action be remanded to State Court as follows:

WHEREAS, on or around January 12, 2015, Plaintiff filed a Complaint in San Joaquin County Superior Court, Case No. 39-2015-00320655-CU-OE-STK.

WHEREAS, on or around February 19, 2015, Plaintiff filed aFirst Amended Complaint in State Court; and

WHEREAS, on or around February 23, 2015, Defendant removed the instant action to District Court; and

WHEREAS, the parties have settled this matter at an early mediation on April 8, 2015; and

WHEREAS, on or around March 18, 2015, this Court entered an Order granting the parties' stipulation to extend Plaintiff's deadline to file a Motion to Remand to April 24, 2015; and

WHEREAS, after extensive negotiations and discussions about this case, the parties agree to remand the case to State Court for further proceedings.

THEREFORE, the Parties to the above-captioned matter hereby stipulate and agree as follows:

1. That the Parties' stipulation is approved.
2. That the Eastern District of California Case No.: 2:15-CV-00418-JAM-CKD labeled *Pakiza A. Ali v. Rainbow USA Inc. Which Will Do Business in California as New York Rainbow USA Inc., et al.* is hereby remanded to Superior Court of the State of California, San Joaquin County, Case No.: 39-2015-00320655-CU-OE-STK.

IT IS SO STIPULATED ON THE DATES INDICATED BELOW.

DATED:  April 13, 2015

                By: /s/ Roman Otkupman
                    Roman Otkupman,
                    OTKUPMAN LAW FIRM, A LAW CORPORATION;
                    Attorney for Plaintiff Pakiza A. Ali

DATED:  April 13, 2015        LITTLER MENDELSON, P.C.

                By:  /s/  Kelsey E. Papst
                    Kelsey E. Papst
                    LITTLER MENDELSON, P.C.
                    Attorneys for Defendant Rainbow USA Inc.

**ORDER**

Good cause appearing, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. That the Parties' stipulation is approved.
2. That the Eastern District of California Case No.: 2:15-CV-00418-JAM-CKD labeled *Pakiza A. Ali v. Rainbow USA Inc. Which Will Do Business in California as New York Rainbow USA Inc., et al.* is hereby remanded to Superior Court of the State of California, San Joaquin County, Case No.: 39-2015-00320655-CU-OE-STK.

DATED:  April 16, 2015                     /s/ John A. Mendez
                                            The Hon. John A. Mendez